**MANDATE**

E.D.N.Y.-C. Islip
13-cv-4883
Seybert, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of December, two thousand fourteen.

Present:
> Ralph K. Winter,
> Dennis Jacobs,
> Barrington D. Parker,
>> *Circuit Judges.*

Anthony Pappas,

*Plaintiff-Appellant*,

v. 14-3125

Hope Schwartz Zimmerman, individually and as Acting Supreme Court Judge, *et al.*,

*Defendants-Appellees*,

John Doe, a fictitious entity intended to substitute for parties unknown,

*Defendant*.

Appellant, pro se, moves for a stay of contempt proceedings in state court. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Pillay v. INS*, 45 F.3d 13, 17 (2d Cir. 1995); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-CP

MANDATE ISSUED ON 01/13/2015